John G. Young, SBN #8308084
WILLIAMS KASTNER & GIBBS, PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
Phone: (206) 628-6600
Fax: (206) 628-6611
jyoung@williamskastner.com

Attorneys for Plaintiff Angelette, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT JUNEAU

| | |
|---|---|
| ANGELETTE, LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RYAN BRADLEY, an individual,<br><br>Defendant. | Case No.<br><br>**COMPLAINT** |

## COMPLAINT

Plaintiff Angelette, LLC for its Complaint states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Angelette, LLC is an Alaska limited liability company with its principal place of business in Petersburg, Alaska.

2. Defendant Ryan Bradley is an individual residing in Boise, Idaho.

3. Jurisdiction is based upon 28 U.S.C. § 1333, Admiralty and 28 U.S.C. § 1331, Federal Question, specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim

COMPLAINT Page **1** of **4**
ANGELETTE, LLC v. v. RYAN BRADLEY
CASE NO.

7589112.1 7589112.1
Case 1:22-cv-00055-JMK   Document 1   Filed 05/18/22   Page 1 of 3

within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

4. Angelette, LLC seeks a declaration that a certain vessel more fully identified below is not subject to a certain Notice of Claim of Maritime Lien or to the maritime lien asserted therein.

5. The vessel that is subject to the Notice of Claim of Maritime Lien is located in Petersburg, Alaska, thus the appropriate Court within the District Court of Alaska is Juneau.

## COUNT I

6. Angelette, LLC is the owner of the commercial fishing vessel ANGELETTE, official number 608579.

7. Bradley claimed a maritime lien resulting from an alleged wage claim that allegedly arose on November 1, 2020.

8. Bradley filed a Notice of Claim of Maritime Lien against the Vessel ANGELETTE with the United States Coast Guard on April 12, 2022.

9. The Notice of Claim of Maritime Lien against the Vessel ANGELETTE was recorded. A copy of the Notice of Claim of Maritime Lien against the Vessel ANGELETTE is attached hereto as Exhibit A.

10. The maritime lien amount claimed by Bradley against the Vessel ANGELETTE was $40,000.00.

11. Bradley was paid all wages earned and is no money is owed giving rise to a maritime lien assertable against the Vessel ANGELETTE.

12. The Notice of Claim of Maritime Lien is a cloud on the title to the Vessel ANGELETTE and impairs the use and marketability of the Vessel.

13. Through counsel, Bradley has stated his intent to have the court determine the validity of his lien.

COMPLAINT Page **2** of **4**
ANGELETTE, LLC v. v. RYAN BRADLEY
CASE NO.

7589112.1 7589112.1
Case 1:22-cv-00055-JMK   Document 1   Filed 05/18/22   Page 2 of 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

WHEREFORE, Angelette, LLC prays for:

1. an order declaring that the Vessel ANGELETTE is not subject to the lien claimed by Bradley and is not subject to the Notice of Claim of Maritime Lien;

2. A judgment awarding Angelette, LLC its costs and attorney's fees incurred in this action; and

3. Judgment awarding any additional relief the court deems appropriate.

DATED this 17th day of May, 2022

WILLIAMS, KASTNER & GIBBS PLLC

 */s/John G. Young*
John G. Young, SBN #8308084
WILLIAMS, KASTNER & GIBBS PLLC
601 Union St., Suite 4100
Seattle, WA 98101
Telephone: 206-628-6660
Fax: 206-628-6611
Email: jyoung@williamskastner.com
Attorneys for Plaintiff Angelette, LLC