# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| ANGELETTE, LLC, an Alaska limited liability company,<br>*Plaintiff*<br><br>v.<br><br>RYAN BRADLEY, an individual,<br>LYUDA GORBACHUK, an individual,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   1:22-cv-00055-JMK<br>1:22-cv-00059-JMK<br>Consolidated |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT judgment is hereby entered in favor of Plaintiff Angelette, LLC, against defendants Ryan Bradley and Lyuda Gorbachuk declaring that:

1) the claims of lien asserted by Defendants Bradley and Gorbachuk against the F/V ANGELETTE are null, void, and of no effect; and

2) Defendants Bradley and Gorbachuk are not entitled to a 12% share of all monies paid to Plaintiff Angelette, LLC, pursuant to the Seafood Trade Relief Program; wage penalties pursuant to Alaska Stat. § 23.05.140; or punitive damages under the general maritime law.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: May 30, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*